*1072 ante, p. 972;
ante, p. 840;
ante, p. 853;
ante, p. 984;
ante, p. 957;
ante, p. 934;
ante, p. 879;
ante, p. 881;
ante, p. 883;
ante, p. 885;.
ante, p. 886;
ante, p. 976;
ante, p. 899;
ante, p. 900;
ante, p. 942;
ante, p. 958;
*1073 No. 92-5765.
No. 92-5802.
No. 92-5817.
No. 92-5933.
No. 92-5934.
No. 92-5972.
No. 92-5978.
No. 92-5994.
No. 92-6019.
No. 92-6103.
No. 92-6181.
ante, p. 959;
ante, p. 960;
ante, p. 961;
ante, p. 987;
ante, p. 988;
ante, p. 963;
ante, p. 952;
ante, p. 963;
ante, p. 978;
ante, p. 952; and
ante, p. 980. Petitions for rehearing denied.